IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Boston Division

DIANE CONNOLLY,

    Plaintiff

vs.    Civil Action No.: 04-12233(MLW)

NATIONAL RAILROAD
PASSENGER CORPORATION,

    Defendant

### REPORT OF PARTIES' PLANNING CONFERENCE

Pursuant to this Court's Order, Thomas J. Joyce, III and Michael McDevitt, representing Plaintiff, and Paul Sahovey, representing the Defendant, met on January 5, 2005, pursuant to Rule 26(f) to discuss:

(1) the nature and basis of their claims and defenses;

(2) the possibility for a prompt settlement or resolution of this case;

(3) to make or arrange for the disclosures required under Rule 26(a)(1); and

(4) to develop a discovery plan.

To that end, the parties propose the following:

A. The issues in this case may be simplified by taking the following steps:

    1. The parties will exchange written Interrogatories and Request for production of Documents;

    2. Defendant will take Plaintiff's discovery deposition;

  3. Plaintiff will be made available for defense medical examination;

  4. Plaintiff will take the discovery deposition of Defendant's Safety Director, and Medical Director; and

  5. The parties will conduct site inspection of Plaintiff's workplace.

 B. The following modifications to the discovery requirements of the Federal Rules of Civil Procedure or Local Rules should be made in order to expedite discovery:

  1. None

 C. Discovery will be needed on the following subjects:

  1. Plaintiff's work history;

  2. Plaintiff's medical history;

  3. Plaintiff's exposure to risk factors for carpal tunnel syndrome;

  4. Defendant's ergonomics program to prevent occupational carpal tunnel syndrome;

  5. Causation; and

  6. Plaintiff's economic and non-economic damages

 D. Discovery should be conducted in phases.

 E. Discovery is not likely to be contentious and management of discovery should be referred to the Magistrate Judge. YES **X** NO____

 F. The parties do not consent to this matter being referred to the Magistrate Judge for final disposition.

 G. The parties have discussed the possibility of alternative dispute resolution, and this case would be appropriate for mediation.

H.  The parties have discussed a prompt settlement or other resolution of this matter. The Plaintiff has made a written demand of $150,000.00, and the Defendant has offered $0.

I.  The Court should consider the following methods of expediting the resolution of this matter: A settlement conference following completion of discovery.

[PAGE INTENTIONALLLY SHORT]

JAN-06-2005 16:02   LAWSON & WEITZEN                  617 439 3987   P.09/09
01/06/2005 16:07 FAX 2154464479                H                            ☑009
          Case 1:04-cv-12233-LTS   Document 6   Filed 01/07/2005   Page 4 of 4
01/06/2005 13:23 FAX 215 446 4479   HANNON & JOYCE                 ☑008/008

01/06/2005 12:21 FAX 2154464479              H                              ☑009

Dated: January 4, 2005

ATTORNEY FOR PLAINTIFF

*/s/ Thomas J. Joyce, III*

Thomas J. Joyce, III, Esq.
HANNON & JOYCE
Public Ledger Building, Suite 1000
150 S. Independence Mall West
Philadelphia, PA 19106
215 446 4460

*/s/ Michael J. McDevitt*

Michael J. McDevitt, Esq.
Lawson & Weitzen
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
617-439-4990
Local Counsel for Plaintiff

ATTORNEY FOR DEFENDANT

*/s/ Paul Schovey*

Paul Schovey, Esq.
Massachusetts Bay Transportation Authority
10 Park Plaza
Boston, MA 02116-3974
617-222-3189

Received  06-Jan-2005  12:12pm  From-2154464479  To-MBTA LAW DEPARTMENT  Page 008
PAGE 08                          MBTA LAW DEPARTMENT                617-222-3194    01/06/2005 13:23

                                                                    TOTAL P.09