IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Boston Division

DIANE CONNOLLY,

    Plaintiff

vs.                                                     Civil Action No.: 04-12233(MLW)

NATIONAL RAILROAD
PASSENGER CORPORATION,

    Defendant.

### RULE 16(O)(3) CERTIFICATION

    This is to certify that the Plaintiff, Diane Connolly, and her counsel, Thomas Joyce, Esq. and Michael J. McDevitt, Esq., have conferred to establish a budget for the full litigation of the above-captioned matter as well as a budget for various alternative courses. Diane Connolly, and her counsel have further discussed the resolution of the litigation through the use of Alternative Dispute Resolution programs, and her needs to develop further information before she can decide whether the case is appropriate for settlement, ADR or full litigation.

    Respectfully Submitted,

ATTORNEY FOR PLAINTIFF

_____
Thomas J. Joyce, III, Esq.
HANNON & JOYCE

ATTORNEY FOR PLAINTIFF

_____
Michael J. McDevitt, Esq.
LAWSON & WEITZEN, LLP
Local Counsel for Plaintiff

PLAINTIFF

_____
Diane Connolly

Dated: January 18, 2005