UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>DIANE CONNOLLY</u>
        Plaintiff

v.                  Case Number: <u>CV 04-12233-MLW</u>

<u>NATIONAL RAILROAD</u>
        Defendant

**ORDER OF INTERIM REFERRAL**
**January 27, 2005**

SWARTWOOD, CMJ

The above captioned case, previously assigned to Magistrate Judge Lawrence P. Cohen, is referred to Magistrate Judge <u>Joyce London Alexander</u> solely for the purpose of handling any emergency matters that may arise between this date and the date of appointment of the Court's new Magistrate Judge.

Should any emergency business arise, counsel are directed to contact the courtroom clerk for the interim Magistrate Judge.

/s/ *Charles B. Swartwood* III
Charles B. Swartwood III
Chief Magistrate Judge