UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:04-12233MLW

DIANNE CONNOLLY
Plaintiffs

V.

NATIONAL RAILROAD PASSENGER CORP.
Defendants

ORDER AMENDING
THE SCHEDULING ORDER

SOROKIN, M.J.

    For good cause shown and after hearing with counsel, the court hereby amends the scheduling order to extend the discovery deadline to July 15, 2005. A Further status conference has been set for July 29, 2005. SO ORDERED.

        /s/ Leo T. Sorokin
        UNITED STATES MAGISTRATE JUDGE