IN THE UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIANE CONNOLLY,<br><br>              Plaintiff<br><br>v.<br><br>NATIONAL RAILROAD<br>PASSENGER CORPORATION,<br><br>              Defendant. | Civil Action No.: 04-12233(LTS) |

## DEFENDANT'S ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE

Now comes the Defendant in the above-captioned action, and hereby respectfully requests this Court to continue the Status Conference in this matter for an additional thirty (30) days, or whatever time is consistent with this Court's calendar. The Status Conference is currently scheduled for Friday, July 29, 2005, 2:30 P.M.

Reasons for this Motion are as follows:

1. Defendant's counsel is unavailable to attend said conference as a result of a prearranged vacation out of state;

2. and Plaintiff's counsel has assented to this motion.

WHEREFORE, the Defendant respectfully requests an additional thirty (30) days continuance.

Assented to:
The Defendant,
By its Attorney

/s/ Paul J. Sahovey
PAUL J. SAHOVEY, ESQUIRE
MBTA Law Department
Ten Park Plaza
Boston, MA 02116
(617) 222-3189

The Plaintiff,
By her Attorneys

/s/ Thomas J. Joyce, III
THOMAS J. JOYCE, III, ESQUIRE
Public Ledger Building
150 S. Independence Mall West
Suite 1000
Philadelphia, PA 19106
(215) 446-4460

/s/ Michael J. McDevitt
MICHAEL J. McDEVITT, ESQUIRE
Local Counsel (BBO #564720)
Lawson & Weitzen, LLP,
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
(617) 439-4990

Date: July 20, 2005