UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION
BOSTON

_____
DIANE CONNOLLY,            )
                           )
            Plaintiff      )
                           )
v.                         )     Civil Action No.: 04-12233(LTS)
                           )
NATIONAL RAILROAD          )
PASSENGER CORPORATION,     )
                           )
            Defendant.     )
_____)

**ASSENTED TO MOTION TO EXTEND DISCOVERY DEADLINE AND TO
CONTINUE STATUS CONFERENCE**

Now come the Parties in the above-captioned action, and hereby respectfully request this Honorable Court to extend the September 30, 2005, discovery deadline to January 6, 2006, and to continue the Status Conference in this matter to a date that is consistent with this Court's calendar. The Status Conference is currently scheduled for Monday, November 14, 2005, 2:15 P.M.

Reasons for this Motion are as follows:

1. Although much discovery has been exchanged, additional documents and information are in the process of production. Said documents and information are necessary to effectuate settlement and/or prepare for trial;

2. The parties have agreed to extend the discovery deadline;

3. Therefore, as additional time is required to complete depositions, discovery and to narrow the issues in dispute in this matter, the Parties have agreed to continue the November 14, 2005, Status Conference.

WHEREFORE, the Parties respectfully request this Honorable Court to extend the discovery until January 6, 2006, and to continue the Status Conference to a date that is consistent with this Court's calendar.

Assented to:
The Plaintiff,
By her Attorneys

/s/ Thomas J. Joyce, III
THOMAS J. JOYCE, III, ESQUIRE
Public Ledger Building
150 S. Independence Mall West
Suite 1000
Philadelphia, PA 19106
(215) 446-4460

/s/ Michael J. McDevitt
MICHAEL J. McDEVITT, ESQUIRE
Local Counsel (BBO #564720)
Lawson & Weitzen, LLP,
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
(617) 439-4990

The Defendant,
By its Attorney

/s/ Paul J. Sahovey
PAUL J. SAHOVEY, ESQUIRE
MBTA Law Department
Ten Park Plaza
Boston, MA 02116
(617) 222-3189

Date: November 9, 2005