UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIANNE CONNOLLY
              Plaintiff(s)

                                                           CIVIL ACTION

V.
                                                           NO. 1:04-12233MLW

NATIONAL RAILROAD PASSENGER CORP.

### ORDER OF REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to _____ for the following ADR program:

_____ SCREENING CONFERENCE          _____ EARLY NEUTRAL EVALUATION
___X___ MEDIATION                      _____ MINI-TRIAL
_____ SUMMARY JURY TRIAL             _____ SETTLEMENT CONFERENCE
_____ SPECIAL MASTER
_____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

 MARCH 16, 2006                         /s/ LEO T. SOROKIN
       DATE                         UNITED STATES MAGISTRATE JUDGE

### CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ Labor |
| Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | | _____ | |

(Order of Referral to ADR.wpd - 4/12/2000)                              [orefadr.]