**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**
**BOSTON**

<table>
<tr><td>

DIANE CONNOLLY,

Plaintiff

v.

NATIONAL RAILROAD
PASSENGER CORPORATION,

Defendant.

</td><td>

)
)
)
)
)
)
)
)
)
)
)

</td><td>

Civil Action No.: 04-12233

</td></tr>
</table>

## ASSENTED TO MOTION TO CONTINUE ALTERNATIVE DISPUTE RESOLUTION CONFERENCE

Now come the Parties in the above-captioned action, and hereby respectfully request this Honorable Court to continue the Alternative Dispute Resolution Conference ("ADR Conference") in this matter. The Alternative Dispute Resolution Conference ("ADR Conference") is currently scheduled for Thursday, May 25, 2005, 10:00 a.m.

Reasons for this Motion are as follows:

1. Plaintiff's lead counsel, Thomas Joyce is unavailable to attend Alternative Dispute Resolution Conference as a result of attending a Status Conference in the matter of <u>Vicki Park v. Jaffa Shrine Mosque,</u> Common Pleas Court of Blair County Pennsylvania, 2004 GN 1893;

2. Plaintiff's local counsel, Michael J. McDevitt is unavailable to attend same conference as he is conducting a deposition in the matter of John Tuffo v. Massachusetts Bay Railroad Company, LLC, a/k/a MBCR, USDC Docket No.: 05-12226 -REK;

3. The Parties have agreed to this motion and at the instruction of the Court propose the following date and time to reschedule the Alternative Dispute Resolution Conference: Tuesday, May 30, 2006 8, 2006 at 10:00AM

WHEREFORE, the Parties respectfully request this Honorable Court to continue the Alternative Dispute Resolution Conference ("ADR Conference") to Tuesday, May 30, 2006, at 10:00AM.

Respectfully submitted by:

The Plaintiff,                                    The Defendant,
By her Attorneys                                 By its Attorney

/s/ Thomas J. Joyce,                             /s/ Paul J. Sahovey
_____                          _____
THOMAS J. JOYCE, III, ESQUIRE                    PAUL J. SAHOVEY, ESQUIRE
Public Ledger Building                           MBTA Law Department
150 S. Independence Mall West                    Ten Park Plaza
Suite 1000                                       Boston, MA 02116
Philadelphia, PA 19106                           (617) 222-3189
(215) 446-4460

/s/ Michael J. McDevitt
_____
MICHAEL J. McDEVITT, ESQUIRE
Lawson & Weitzen, LLP,
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
(617) 439-4990

Date: May 17, 2006