UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**DIANE CONNOLLY**
               Plaintiff
V.                                                                                        CIVIL ACTION
**NATIONAL RAILROAD PASSENGER**                              04-CV-12233-LTS
**CORPORATION**
               Defendant

**AMENDED
NOTICE OF MEDIATION**

The above entitled action has been referred to the Alternative Dispute Resolution Program (ADR) and has been assigned to <u>M.J. Joyce London Alexander</u>, for the following ADR process:

☐ SCREENING CONFERENCE    ☐ EARLY NEUTRAL EVALUATION

**X**    MEDIATION               ☐ MINI-TRIAL

☐ SUMMARY JURY TRIAL    ☐ SETTLEMENT CONFERENCE

No later than five (5) days prior to the ADR session, each party is to furnish the ADR provider with a memorandum describing the party's position concerning the issue(s) to be resolved through ADR. The memoranda shall not exceed twenty (20) pages, shall identify the representatives of the parties who will be attending with decision making authority, and shall be served on all other parties. The parties may also provide copies of pleadings or any other information that may be helpful to the ADR provider and other parties in preparing for a productive session. Memoranda and other material submitted to the ADR provider shall NOT be filed with, nor revealed to, the Court. **If either party fails to submit the required memoranda, the mediation may be re-scheduled.**

The ADR proceeding with principals present has been scheduled for **MEDIATION** on **JULY 25th, 2006 @ 10:00 AM** in Courtroom 24 on the 7TH floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts. **Any party who believes that the case is not ripe for mediation at this time shall so inform the ADR provider.**

                                     HONORABLE JOYCE LONDON ALEXANDER
                                     U.S. MAGISTRATE JUDGE
                                     By the Court:

6/7/2006                             /S/ Jarrett Lovett
Date                                 Courtroom Clerk