**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

DIANE CONNOLLY
       Plaintiff(s)

V.

NATIONAL RAILROAD PASSENGER CORPORATION
       Defendant(s)

CIVIL ACTION

NO. 04-CV-12233-LTS

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO MAGISTRATE JUDGE    LEO T. SOROKIN

[X]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ ]    On _____ I held the following ADR proceeding:

    _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION
    _____ MEDIATION    _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[ ]    Settled. Your clerk should enter a ____ day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

 

7/24/06                         /S/ Joyce London Alexander
DATE                           ADR Provider

(ADR Report.wpd - 4/12/2000)                         [adrrpt.]