UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 AUG 28  P 4: 49

U.S. DISTRICT COURT
DISTRICT OF MASS

DIANE CONNOLLY,

      Plaintiff,

VS.

      C. A. NO. 04-12233-MLW

NATIONAL RAILROAD PASSENGER
CORPORATION,

      Defendant,

## STIPULATION OF DISMISSAL

Now come the parties to the above-captioned action and, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims have been settled and amicably resolved and this action may be dismissed with prejudice, without costs or expenses including attorney's fees and waiving all right of appeal.

DATED:    August 16, 2006

| Plaintiff | Defendant |
|---|---|
| DIANE CONNOLLY | NATIONAL RAILROAD PASSENGER CORPORATION |
| By: _____ | By: _____ |
| THOMAS J. JOYCE, III, ESQ. | PAUL J. SAHOVEY, ESQUIRE |
| LAW OFFICE OF THOMAS J. JOYCE, III | MBTA LAW DEPARTMENT |
| 900 Centerton Road | Ten Park Plaza |
| Mount Laurel, NJ 08054 | Boston, MA 02116 |

Local Counsel for Plaintiff

By: /s/ Michael J. McDevitt
MICHAEL J. MCDEVITT, ESQ.
LAWSON & WEITZEN
88 Black Falcon Avenue, Suite 345
Boston, MA  02210